UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LINDA L. CHEEKS,**

    Plaintiff,

                                        Civil No. **08-15183**
                                        Hon. John Feikens

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 11/30/2009, and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                      **s/John Feikens**
                                                       John Feikens
                                                       United States District Judge

Dated:  December 23, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 23, 2009.

s/Carol Cohron
Deputy Clerk